**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1083**

---

EULA DANCE,

                                        Plaintiff - Appellant,

          versus

ELIZABETH CITY-PASQUOTANK BOARD OF EDUCATION;
JOSEPH W. PEEL, Doctor; CLEVELAND HAWKINS,

                                        Defendants - Appellees.

---

**No. 96-1287**

---

EULA DANCE,

                                        Plaintiff - Appellant,

          versus

ELIZABETH CITY-PASQUOTANK BOARD OF EDUCATION;
JOSEPH W. PEEL, Doctor; CLEVELAND HAWKINS,

                                        Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Malcolm J. Howard,
District Judge.  (CA-94-44-2-H2)

---

Submitted:  July 23, 1996          Decided:  July 30, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eula Dance, Appellant Pro Se.  John David Leidy, HORNTHAL, RILEY, ELLIS & MALAND, Elizabeth City, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on her 42 U.S.C. § 1983 (1988) complaint and granting in part the Appellees' motion for costs. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dance v. Elizabeth City-Pasquotank Bd. of Educ., No. CA-94-44-2-H2 (E.D.N.C. Nov. 6, 1995; Feb. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED